# Court of Appeals
# of the State of Georgia

ATLANTA,___March 24, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A0801. HOLLY COMMONS, LLC et al. v. RENASANT BANK.**

Appellee Renasant Bank has filed a motion to dismiss this appeal from the trial court's order imposing a supersedeas bond in the main appeal, A14A0424, *Holly Commons, LLC et al. v. Renasant Bank et al.* This appeal was docketed on December 26, 2013, and appellant's brief was due on January 15, 2014. On February 28, 2014, appellee filed its motion to dismiss. Six days later and 70 days after docketing, appellants filed a brief and enumerations of error, but they never moved to extend the time for filing, and they have never responded to appellee's motion to dismiss.

Appellee's motion to dismiss is GRANTED.

Appellee has moved for imposition of frivolous appeal penalties pursuant to Court of Appeals Rule 15 (b). We find merit in appellee's contention that this appeal was purely for purposes of delay. See *Leone v. Green Tree Servicing*, 311 Ga. App. 702 (716 SE2d 720) (2011). We therefore impose frivolous appeal penalties pursuant to Court of Appeals Rule 15 (b), in the amount of $1,250 against appellants and $1,250 against their appellate counsel. Upon return of the remittitur, the trial court is directed to enter a $2,500 judgment in favor of Renasant Bank, in the form of a $1,250 penalty jointly and severally against Holly Commons, LLC, Barry N. Straus and Denise Straus, and a $1,250 penalty against their attorney.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/24/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, Clerk.